**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **William J. Shelton** | ) | Case No. 1:23-cv-0483 |
| | ) | |
| **Plaintiff,** | ) | Judge: Bridget M. Brennan |
| | ) | |
| v. | ) | |
| | ) | Plaintiff's Estimated Attorneys |
| **Cuyahoga Metropolitan** | ) | Fees and Costs |
| **Housing Authority, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

Now comes Plaintiff, William J. Shelton ("Plaintiff" or "Shelton"), by and through counsel, pursuant to the Court's Case Management Order, hereby submits his Estimated Attorney's Fees and Costs as follows:

### A. ATTORNEY'S FEES

| | |
|---|---|
| Preliminary Investigations & Filing of Complaint | $ 3,000 |
| Procedural Motions Practice | $ 10,000 |
| Discovery | $12,000 |
| Dispositive Motions Practice | $15,000 |
| Settlement Negotiations | $ 7,000 |
| Trial | $ 120,000 |
| **Total Fees** | **$ 167,000** |

### B. COSTS

| | |
|---|---|
| Depositions | $ 7500 |
| Experts | $15000 |
| Witness Fees | $ 2500 |

| | |
|---|---|
| Other | $ 5000 |
| **Total Costs** | **$ 30,000** |

Respectfully submitted,

/s/Lawrence Mays

Lawrence Mays (0038288)
Law Offices of Lawrence Mays
4070 Mayfield Road
South Euclid , Ohio 44121
Phone: (216) 208-1287
Facsimile: (216) 367-9897
Lawrence.Mays@lmayslaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Plaintiff's Estimated Attorney's Fees and Costs with the Clerk of Court on this 19th day of July 2023 using the Court's CM/ECF electronic filing system, and all counsel of record will be served with an electronic copy by the Court's CM/ECF electronic filing system.

/s/Lawrence Mays
Lawrence Mays (0038288)